| AO-10 (WP) Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) Campbell, Tena | 2. Court or Organization United States District Court, Utah | 3. Date of Report 9/6/06 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Court Judge – Active | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial ___ Annual ___ Final 5b. __X__ Amended Report | 6. Reporting Period 01/01/05 to 12/31/05 |
|---|---|---|

| 7. Chambers or Office Address Frank E Moss Courthouse 350 South Main St, Room 235 Salt Lake City, Utah 84111 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| X | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|

A. Filer's Non-Investment Income

| | | | |
|---|---|---|---|
| X | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | | |
|---|---|---|---|
| X | NONE (No reportable non-investment income.) | | |
| 1 | | | |
| 2 | | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 9/6/06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 9/6/06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Abbott Laboratories | A | D | J | T | | | | | |
| 2 AFLAC Incorporated | A | D | | | S | 11/04 | J | | |
| 3 Agrium Inc. | A | D | J | T | | | | | |
| 4 AIM MM (IRA) | A | D | | | S | 6/04 | K | A | |
| 5 AIM Money Market B | A | D | | | S | 6/04 | K | A | |
| 6 American Intl Group Inc. | A | D | J | T | Part S | 4/5 | J | | |
| 7 American Pwr Conversion | A | D | J | T | | | | | |
| 8 Applied Materials Inc. | A | D | J | T | | | | | |
| 9 AT&T | A | D | J | T | B | 7/14 | J | | |
| 10 Automatic Data Processing | A | D | J | T | | | | | |
| 11 AVX Corporation | A | D | J | T | | | | | |
| 12 Avon Products Inc. | A | D | | | S | 11/04 | J | | |
| 13 Bank of America Corp. | A | D | J | T | | | | | |
| 14 Baxter International Inc. | A | D | | | S | 10/25 | J | A | |
| 15 Berkshire Hathaway Inc. | | None | J | T | | | | | |
| 16 Brookfield Asset Management Formerly Brascan Corp. | A | D | J | T | | | | | |
| 17 Brookline Bancshares Inc. | A | D | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 9/6/06 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  BP PLC | A | D | J | T | | | | | |
| 19  Cardinal Health Inc. | | None | J | T | B | 11/13 | J | | |
| 20  Catellus Development | A | D | | | S | 11/04 | J | B | |
| 21  Charles River Labs Corp. | | None | J | T | B | 10/11 | J | | |
| 22  Check Point Software | | None | J | T | | | | | |
| 23  Chevron Texaco Corp | A | D | J | T | Part S | 10/13 | J | A | |
| 24  Cintas Corp. | | None | J | T | B | 9/7 | J | | |
| 25  Cisco Sys Inc. | | None | J | T | | | | | |
| 26  Citigroup Inc. | A | D | J | T | | | | | |
| 27  Liz Claiborne Inc. | A | D | J | T | Part S | 7/25 | J | A | |
| 28  Cocoa Cola Co. | A | D | J | T | B | 9/28 | J | | |
| 29  Colgate-Palmolive | A | D | J | T | | | | | |
| 30  Comcast Corp | | None | J | T | | | | | |
| 31  Costco Whsl Corp. | A | D | J | T | Part S | 10/31 | J | A | |
| 32  Credence Sys Corp. | | None | J | T | | | | | |
| 33  Cross Country Healthcare | | None | J | T | | | | | |
| 34  Davis New York Venture | A | D | J | T | Part S | 11/1 | J | A | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 9/6/06 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 Discovery Holding | | None | J | T | Spin off | 7/21 | J | | |
| 36 Dover Corp Common | A | D | J | T | Part S | 1/18 | J | A | |
| 37 Eaton Vance Large Cap | A | D | J | T | B | 11/3 | J | | |
| 38 Electro Scientific | | None | J | T | | | | | |
| 39 Electronics for Imaging | | None | J | T | | | | | |
| 40 Emerson Electric Co | A | D | J | T | | | | | |
| 41 Encana | A | D | J | T | | | | | |
| 42 Estee Lauder | A | D | J | T | B | 8/4 | J | | |
| 43 Europacific Growth | A | D | J | T | Part S | 11/1 | J | A | |
| 44 Exxon Mobil Corp. | | None | J | T | Part S | 10/7 | J | A | |
| 45 FNMA Remic ███ | B | I | K | T | | | | | |
| 46 Federal Home Loan Bank | B | I | L | T | | | | | |
| 47 Federal Home Loan Mtg Corp | A | D | | | S | 11/10 | J | A | |
| 48 Federal Natl Mtg Ass RDP | A | I | | | S | 10/04 | L | A | |
| 49 Federated Auto Cash MGMT MM | A | D | K | T | B | 1/1 | D | | |
| 50 Financing Corp CPN FICO | | None | K | T | | | | | |
| 51 Financing Corp — Fed Book | | None | K | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 9/6/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52  First Data Corp | A | D | J | T | | | | | |
| 53  Fiserv Inc | | None | J | T | Part S | 5/19 | J | A | |
| 54  Forest City Enterprise | A | D | J | T | | | | | |
| 55  Franklin Floating Rate | A | I | K | T | B | 8/18 | K | | |
| 56  General Dynamics Corp | A | D | J | T | | | | | |
| 57  General Electric Co | A | D | J | T | | | | | |
| 58  Growth Fund of America | A | D | J | T | Part S | 11/1 | J | A | |
| 59  Harley Davidson Inc. | A | D | J | T | B | 6/14 | J | | |
| 60  Hartford Financial Services | A | D | J | T | Part S | 9/14 | J | A | |
| 61  Health Management Assoc | A | D | J | T | | | | | |
| 62  Hutchison Wharnpoa Ltd. | A | D | J | T | | | | | |
| 63  Illinois Tool Works Inc. | | None | | | S | 10/04 | J | A | |
| 64  ILXB | | None | J | T | | | | | |
| 65  Intl Business Machine Corp | A | D | J | T | | | | | |
| 66  IAC/Interactive Corp Formerly Interactive Corp | | None | | | S | 8/04 | J | | |
| 67  Intuit Inc. | | None | | | S | 8/1 | J | B | |
| 68  Jakks Pac Inc. | | None | J | T | | | | | |

1.  Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
    (See Col B1-D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2.  Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
    (See Col C1-D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
    P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3.  Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
    (See Col C2)   U=Book value   V=Other   W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B (1) Amt Code 1 (A-H) | B (2) Type (e.g. div. rent or int.) | C (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D (1) Type (e.g. buy, sell, merger, redemption) | D (2) Date Month Day | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 Johnson Controls | A | D | J | T | | | | | |
| 70 Johnson & Johnson | A | D | J | T | Part S | 3/1 | J | A | |
| 71 Leapfrog Enterprises Inc. | | None | J | T | | | | | |
| 72 Legg Mason Inc. | A | D | J | T | Part S | 7/14 | J | B | |
| 73 Leggett Platt Inc. | A | D | | | S | 9/23 | J | | |
| 74 Liberty Media | | None | J | T | | | | | |
| 75 Limited Brands Inc. CHG Formerly Limited Brands Inc. | | None | | | S | 11/04 | J | A | |
| 76 Linear Technology Corp. | A | D | J | T | | | | | |
| 77 Liquid Asset Fund | | None | J | T | | | | | |
| 78 LNR PPTY Corp. | | None | | | S | 2/4 | J | B | |
| 79 Lord Abbett Affiliated | A | D | J | T | Part S | 8/18 | J | A | |
| 80 Lowes Companies Inc. | A | D | J | T | | | | | |
| 81 MBNA Corp | A | D | | | S | 7/14 | J | A | |
| 82 MGIC invt Corp | A | D | J | T | | | | | |
| 83 McDonald's Corp | A | D | J | T | Part S | 9/27 | J | A | |
| 84 McGraw Hill Cos Inc. | A | D | J | T | | | | | |
| 85 Markel Corporation | | None | | | S | 4/20 | J | A | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1-D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1-D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Campbell, Tena | 9/6/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt Code 1 (A-H) | B (2) Type (e.g. div. rent or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D (2) Date Month Day | D (3) Value Code2 (J-P) | D (4) Gain Code1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86 Medtronic Inc. | A | D | J | T | | | | | |
| 87 Merck & Co Inc. | A | D | | | S | 9/04 | J | | |
| 88 Microsoft Corporation | A | D | J | T | | | | | |
| 89 Mohawk Inds Inc. | | None | J | T | Part S | 5/19 | J | A | |
| 90 Morgan Stanley | A | D | J | T | | | | | |
| 91 New Alliance Bancshares | A | D | J | T | | | | | |
| 92 Northern Trust Corp | A | D | J | T | | | | | |
| 93 Novartis AG ADR | | None | J | T | B | 8/16 | J | | |
| 94 PPG Industries Inc. | A | D | | | S | 9/7 | J | A | |
| 95 Pepsico Incorporated | A | D | J | T | | | | | |
| 96 Pfizer Incorporated | A | D | J | T | | | | | |
| 97 Praxair Inc. | A | D | J | T | | | | | |
| 98 Proctor & Gamble Co. | A | D | J | T | | | | | |
| 99 Putnam Money Market B | A | D | | | S | 6/04 | J | A | |
| 100 Putam MM (IRA) | A | D | | | S | 6/04 | J | A | |
| 101 Russ Berrie & Company | A | D | J | T | | | | | |
| 102 St. Joe Co. | | None | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
   (See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
   (See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
   (See Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103  Smedvig ASA | A | D | | | S | 12/14 | J | D | |
| 104  State Street Corp. | A | D | | | S | 3/1 | J | | |
| 105  Stryker Corp | | None | | | S | 7/04 | J | A | |
| 106  Superior Inds Intl Inc. | A | D | J | T | | | | | |
| 107  Sycamore Networks Inc. | | None | J | T | | | | | |
| 108  Symantec Corp. | | None | J | T | B | 9/19 | J | | |
| 109  Sysco Corporation | A | D | J | T | Part S | 8/11 | J | | |
| 110  Taiwan Semiconductor MFG | A | D | | | S | 7/1 | J | A | |
| 111  Tamarack Inv FDS Prime  MM | A | D | J | T | B | 1/1 | J | | |
| 112  Target | A | D | J | T | Part S | 11/2 | J | A | |
| 113  Tellabs Inc. | | None | J | T | | | | | |
| 114  Third Avenue REIT | A | D | J | T | Part S | 11/1 | J | A | |
| 115  Total SA Sponsored SDR | A | D | J | T | B | 8/11 | J | | |
| 116  United Parcel Service | | None | J | T | B | 12/21 | J | | |
| 117  US Bancorp Del | A | D | J | T | | | | | |
| 118  United Technologies Corp. | A | D | | | S | 7/14 | J | B | |
| 119  Viacom Inc. | A | D | J | T | | | | | |

| 1. Income/Gain Codes (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 9/6/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 120 Wal-Mart Stores | A | D | J | T | Part S | 6/8 | J | | |
| 121 Walgreen Company | A | D | J | T | Part S | 6/15 | J | A | |
| 122 Washington Mutual Inv. | A | D | J | T | Part S | 11/3 | J | A | |
| 123 Waste Management Inc. | A | D | J | T | Part S | 11/21 | J | A | |
| 124 Wells Fargo & Co | A | D | J | T | | | | | |
| 125 Wells Fargo Money Market | A | I | J | T | | | | | |
| 126 Wells Fargo Money Market | B | I | K | T | | | | | |
| 127 Wells Fargo Bankcheck | A | I | J | T | | | | | |
| 128 Willis Group Holding LTD | A | D | | | S | 11/14 | J | A | |
| 129 3M Co | A | D | J | T | | | | | |
| 130 Van Kampen MM (IRA) | | None | | | S | 6/04 | K | A | |
| 131 Van Kampen Reserve B MM | | None | | | S | 6/04 | K | A | |
| 132 Veritas Software | | None | | | S | 9/04 | J | A | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Campbell, Tena | 9/6/06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I furth̶e̶r̶ ̶c̶e̶r̶t̶i̶f̶y̶ ̶t̶h̶a̶t̶ earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in complian̶ U.S.C. § 7353 and Judicial Conference regulations.

Signatur̶ Date _9 - 11 - 2006_

NOTE: ANY ̶ ILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978.
(5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Campbell, Tena | United States District Court, Utah | 5/12/06 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Court Judge – Active | ___ Nomination, Date _____<br><br>___ Initial   X  Annual  ___ Final | 01/01/05 to 12/31/06 |
|  | 5b. ___ Amended Report |  |

| 7. Chambers or Office Address<br>Frank E Moss Courthouse<br>350 South Main St, Room 235<br>Salt Lake City, Utah  84111 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X  NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X  NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| X  NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| X  NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

RECEIVED 2006 MAY 22 A 11: 41 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
|  |  |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children.  See pp. 25-27 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
| [X] | NONE  (No such reportable reimbursements.) |  |
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |
| 6 |  |  |
| 7 |  |  |

## V.  GIFTS. *(Includes those to spouse and dependent children.  See pp. 28-31 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] | NONE  (No such reportable gifts.) |  |  |
| 1 |  |  | $ |
| 2 |  |  | $ |
| 3 |  |  | $ |
| 4 |  |  | $ |

## VI.  LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] | NONE  (No reportable liabilities.) |  |  |
| 1 |  |  |  |
| 2 |  |  |  |
| 3 |  |  |  |
| 4 |  |  |  |
| 5 |  |  |  |

*Value Codes:  J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
|  |  |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell, merger, redemption) | (2) Date Month Day | If not exempt from disclosure (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) |  |  |  |  |  |  |  |  |  |
| 1   Abbott Laboratories | A | D | J | T |  |  |  |  |  |
| 2   AFLAC Incorporated | A |  |  |  | S | 11/04 | J |  |  |
| 3   Agrium Inc. | A | D | J | T |  |  |  |  |  |
| 4   AIM Money Market B | A | D |  |  | S | 6/04 | K | A |  |
| 5   American Intl Group Inc. | A | D | J | T | Part S | 4/5 | J |  |  |
| 6   American Pwr Conversion | A | D | J | T |  |  |  |  |  |
| 7   Applied Materials Inc. | A | D | J | T |  |  |  |  |  |
| 8   AT&T | A | D | J | T | B | 7/14 | J |  |  |
| 9   Automatic Data Processing | A | D | J | T |  |  |  |  |  |
| 10   AVX Corporation | A | D | J | T |  |  |  |  |  |
| 11   Avon Products Inc. | A | D |  |  | S | 11/04 | J |  |  |
| 12   Bank of America Corp. | A | D | J | T |  |  |  |  |  |
| 13   Baxter International Inc. | A | D |  |  | S | 10/25 | J | A |  |
| 14   Berkshire Hathaway Inc. |  | None | J | T |  |  |  |  |  |
| 15   Brookfield Asset Management Formerly Brascan Corp. | A | D | J | T |  |  |  |  |  |
| 16   Brookline Bancshares Inc. | A | D | J | T |  |  |  |  |  |
| 17   BP PLC | A | D | J | T |  |  |  |  |  |

| 1 | Income/Gain Codes (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
|  |  | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 |  |
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |  |
|  |  | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 |  |
|  |  | P3=$25,000,001-$50,000,000 |  | P4=More than $50,000,000 |  |  |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |  |
|  |  | U=Book value | V=Other | W=Estimated |  |  |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18 Cardinal Health Inc. | | None | J | T | B | 11/13 | J | | |
| 19 Catellus Development | A | D | | | S | 11/04 | J | B | |
| 20 Charles River Labs Corp. | | None | J | T | B | 10/11 | J | | |
| 21 Check Point Software | | None | J | T | | | | | |
| 22 Chevron Texaco Corp | A | D | J | T | Part S | 10/13 | J | A | |
| 23 Cintas Corp. | | None | J | T | B | 9/7 | J | | |
| 24 Cisco Sys Inc. | | None | J | T | | | | | |
| 25 Citigroup Inc. | A | D | J | T | | | | | |
| 26 Liz Claiborne Inc. | A | D | J | T | Part S | 7/25 | J | A | |
| 27 Cocoa Cola Co. | A | D | J | T | B | 9/28 | J | | |
| 28 Colgate-Palmolive | A | D | J | T | | | | | |
| 29 Comcast Corp | | None | J | T | | | | | |
| 30 Costco Whsl Corp. | A | D | J | T | Part S | 10/31 | J | A | |
| 31 Credence Sys Corp. | | None | J | T | | | | | |
| 32 Cross Country Healthcare | | None | J | T | | | | | |
| 33 Davis New York Venture | A | D | J | T | Part S | 11/1 | J | A | |
| 34 Discovery Holding | | None | J | T | Spin off | 7/21 | J | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35  Dover Corp Common | A | D | J | T | Part S | 1/18 | J | A | |
| 36  Eaton Vance Large Cap | A | D | J | T | B | 11/3 | J | | |
| 37  Electro Scientific | | None | J | T | | | | | |
| 38  Electronics for Imaging | | None | J | T | | | | | |
| 39  Emerson Electric Co | A | D | J | T | | | | | |
| 40  Encana | A | D | J | T | | | | | |
| 41  Estee Lauder | A | D | J | T | B | 8/4 | J | | |
| 42  Europacific Growth | A | D | J | T | Part S | 11/1 | J | A | |
| 43  Exxon Mobil Corp. | | None | J | T | Part S | 10/7 | J | A | |
| 44  FNMA Remic 03-44-CB | B | I | K | T | | | | | |
| 45  Federal Home Loan Bank | B | I | L | T | | | | | |
| 46  Federal Home Loan Mtg Corp | A | D | | | S | 11/10 | J | A | |
| 47  Federal Natl Mtg Ass RDP | A | I | | | S | 10/04 | L | A | |
| 48  Federated Auto Cash MGMT  MM | A | D | K | T | B | 1/1 | D | | |
| 49  Financing Corp CPN FICO | | None | K | T | | | | | |
| 50  Financing Corp – Fed Book | | None | K | T | | | | | |
| 51  First Data Corp | A | D | J | T | | | | | |

1.  Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
    (See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2.  Value Codes    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
    (See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
    P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3.  Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
    (See Col. C2)    U=Book Value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 Fiserv Inc | | None | J | T | Part S | 5/19 | J | A | |
| 53 Forest City Enterprise | A | D | J | T | | | | | |
| 54 Franklin Floating Rate | A | I | K | T | B | 8/18 | K | | |
| 55 General Dynamics Corp | A | D | J | T | | | | | |
| 56 General Electric Co | A | D | J | T | | | | | |
| 57 Growth Fund of America | A | D | J | T | Part S | 11/1 | J | A | |
| 58 Harley Davidson Inc. | S | D | J | T | B | 6/14 | J | | |
| 59 Hartford Financial Services | A | D | J | T | Part S | 9/14 | J | A | |
| 60 Health Management Assoc | A | D | J | T | | | | | |
| 61 Hutchison Wharnpoa Ltd. | A | D | J | T | | | | | |
| 62 Illinois Tool Works Inc. | | None | | | S | 10/04 | J | A | |
| 63 ILXB | | NONE | J | T | | | | | |
| 64 Intl Business Machine Corp | A | D | J | T | | | | | |
| 65 Interactive Corp | | None | | | S | 8/04 | J | | |
| 66 Intuit Inc. | | None | | | S | 8/1 | J | B | |
| 67 Jakks Pac Inc. | | None | J | T | | | | | |
| 68 Johnson Controls | A | D | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 Johnson & Johnson | A | D | J | T | Part S | 3/1 | J | A | |
| 70 Leapfrog Enterprises Inc. | | None | J | T | | | | | |
| 71 Legg Mason Inc. | A | D | J | T | Part S | 7/14 | J | B | |
| 72 Leggett Platt Inc. | A | D | | | S | 9/23 | J | | |
| 73 Liberty Media | | None | J | T | | | | | |
| 74 Limited Brands Inc. | | None | | | S | 11/04 | J | A | |
| 75 Linear Technology Corp. | A | D | J | T | | | | | |
| 76 Liquid Asset Fund | | None | J | T | | | | | |
| 77 LNR PPTY Corp. | | None | | | S | 2/4 | J | B | |
| 78 Lord Abbett Affiliated | A | D | J | T | Part S | 8/18 | J | A | |
| 79 Lowes Companies Inc. | A | D | J | T | | | | | |
| 80 MBNA Corp | A | D | | | S | 7/14 | J | A | |
| 81 MGIC invt Corp | A | D | J | T | | | | | |
| 82 McDonald's Corp | A | D | J | T | Part S | 9/27 | J | A | |
| 83 McGraw Hill Cos Inc. | A | D | J | T | | | | | |
| 84 Markel Corporation | | None | | | S | 4/20 | J | A | |
| 85 Medtronic Inc. | A | D | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less, B=$1,001-$2,500, C=$2,501-$5,000, D=$5,001-$15,000, E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000, G=$100,001-$1,000,000, H1=$1,000,001-$5,000,000, H2=More than $5,000,000
2. Value Codes: J=$15,000 or less, K=$15,001-$50,000, L=$50,001-$100,000, M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000, O=$500,001-$1,000,000, P1=$1,000,001-$5,000,000, P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal, R=Cost (real estate only), S=Assessment, T=Cash/Market
(See Col. C2) U=Book Value, V=Other, W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | If not exempt from disclosure (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86 Merck & Co Inc. | A | D | | | S | 9/04 | J | | |
| 87 Microsoft Corporation | A | D | J | T | | | | | |
| 88 Mohawk Inds Inc. | | None | J | T | Part S | 5/19 | J | A | |
| 89 Morgan Stanley | A | D | J | T | | | | | |
| 90 New Alliance Bancshares | A | D | J | T | | | | | |
| 91 Northern Trust Corp | A | D | J | T | | | | | |
| 92 Novartis AG ADR | | None | J | T | B | 8/16 | J | | |
| 3 PPG Industries Inc. | A | D | | | S | 9/7 | J | A | |
| 94 Pepsico Incorporated | A | D | J | T | | | | | |
| 95 Pfizer Incorporated | A | D | J | T | | | | | |
| 96 Praxair Inc. | A | D | J | T | | | | | |
| 97 Proctor & Gamble Co. | A | D | J | T | | | | | |
| 98 Putnam Money Market B | A | D | | | S | 6/04 | J | A | |
| 99 Russ Berrie & Company | A | D | J | T | | | | | |
| 100 St. Joe Co. | | None | J | T | | | | | |
| 101 Smedvig ASA | A | D | | | S | 12/14 | J | D | |
| 102 State Street Corp. | A | D | | | S | 3/1 | J | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1-D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1-D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103 Stryker Corp | | None | | | S | 7/04 | J | A | |
| 104 Superior Inds Intl Inc. | A | D | J | T | | | | | |
| 105 Sycamore Networks Inc. | | None | J | T | | | | | |
| 106 Symantec Corp. | | None | J | T | B | 9/19 | J | | |
| 107 Sysco Corporation | A | D | J | T | Part S | 8/11 | J | | |
| 108 Taiwan Semiconductor MFG | A | D | | | S | 7/1 | J | A | |
| 109 Tamarack Inv FDS Prime MM | A | D | J | T | B | 1/1 | J | | |
| 110 Target | A | D | J | T | Part S | 11/2 | J | A | |
| 111 Tellabs Inc. | | None | J | T | | | | | |
| 112 Third Avenue REIT | A | D | J | T | Part S | 11/1 | J | A | |
| 113 Total SA Sponsored SDR | A | D | J | T | B | 8/11 | J | | |
| 114 United Parcel Service | | None | J | T | B | 12/21 | J | | |
| 115 US Bancorp Del | A | D | J | T | | | | | |
| 116 United Technologies Corp. | A | D | | | S | 7/14 | J | B | |
| 117 Viacom Inc. | A | D | J | T | | | | | |
| 118 Wal-Mart Stores | A | D | J | T | Part S | 6/8 | J | | |
| 119 Walgreen Company | A | D | J | T | Part S | 6/15 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Codes (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 120 Washington Mutual Inv. | A | D | J | T | Part S | 11/3 | J | A | |
| 121 Waste Management Inc. | A | D | J | T | Part S | 11/21 | J | A | |
| 122 Wells Fargo & Co | A | D | J | T | | | | | |
| 123 Wells Fargo Money Market | A | I | J | T | | | | | |
| 124 Wells Fargo Money Market | B | I | K | T | | | | | |
| 125 Wells Fargo Bankcheck | A | I | J | T | | | | | |
| 126 Willis Group Holding LTD | A | D | | | S | 11/14 | J | A | |
| 127 3M Co | A | D | J | T | | | | | |
| 128 Van Kampen Reserve B MM | | None | | | S | 6/04 | K | A | |
| 129 Veritas Software | | None | | | S | 9/04 | J | A | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
   (See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
   (See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
   (See Col. C2) U=Book value V=Other W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.



Signature _____     Date 5-/5-2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544